Leaf River State Bank, appellant, v. Jesse W. Paul, appellee.   Gen. No. 7,805.

Action on judgment note.   Judgment for defendant.   Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff,

Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927.

David D. Madden and Loretta Laden, for appellant. H. A. Brooks, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.